# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PAMELA GIBBS, ) | No. CV 10-7974 FFM |
| Plaintiff, ) | JUDGMENT OF REMAND |
| v. ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated July 8, 2011.

DATED:  July 8, 2011

          /S/ FREDERICK F. MUMM
          FREDERICK F. MUMM
         United States Magistrate Judge