LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| PAMELA GIBBS, | ) | No. CV 10-7974 FFM |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | ) | |
| Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FORTY FOUR DOLLARS AND 34/100 ($2,044.34) subject to the terms of the stipulation.

    DATE:  September 26, 2011

                             /S/ FREDERICK F. MUMM
                             HON. FREDERICK F. MUMM
                             UNITED STATES MAGISTRATE JUDGE